465 A.2d 1313

**Patricia J. RICCI**

v.

**Paul A. RICCI, Appellant.**

Superior Court of Pennsylvania.

Argued Oct. 6, 1981.

Filed Sept. 30, 1983.

James C. Haggerty, Philadelphia, for appellant.

Diana S. Donaldson, Philadelphia, for appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

PER CURIAM:

Since the subject of the within appeal was also the subject of an appeal as of No. 1852 Philadelphia, 1981, and since that proceeding has been concluded by the entry of an Opinion, the within appeal is quashed as moot. 318 Pa.Super. 445, 465 A.2d 38.